SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT CAULEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>Plaintiff,<br><br>vs.<br><br>BRE EL SEGUNDO PROPERTY OWNER B LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:25-cv-07265-AS**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ROBERT CAULEY ("Plaintiff") and Defendant BRE EL SEGUNDO PROPERTY OWNER B LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\
\\

Respectfully submitted,

DATED: January 12, 2026          SO. CAL. EQUAL ACCESS GROUP

By: _/s/  Jason J. Kim_____
Jason J. Kim
Attorneys for Plaintiff

DATED: January 12, 2026

By: _/s/ Cris Vaughan_____
Cris Vaughan, Esq.
Attorneys for Defendant
BRE EL SEGUNDO PROPERTY OWNER B LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 12, 2026          By: _/s/ Jason J. Kim_____
Jason J. Kim